UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Asia Pacific Investment Partners and Darren Farlow, <br><br>                              Plaintiffs, <br><br>             -against- <br><br> EdisonLearning, Inc. et al., <br><br>                              Defendants. | 25-CV-2071 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court adjourned the initial pretrial conference by a month in response to the parties' joint request. Dkt. 13. The conference is scheduled for July 10, 2025, but the parties have failed to make the required pre-conference submissions (detailed at Dkt. 5).

The parties must file the pre-conference submissions by **July 9, 2025 at 12:00 PM**.

SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                                        _____
                                                           ARUN SUBRAMANIAN
                                                           United States District Judge